## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAN ZAGORSKI and ZIG ZAG STUDIOS, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | 02-CV-2822 |
| | : | |
| MONTE' CIGAR COMPANY and | : | |
| ALLGLOBE RESOURCES, INC., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this ____ day of July, 2002, in light of plaintiffs' failure to properly request entry of default against defendant Allglobe Resources, Inc. from the Clerk's office, pursuant to Section XII(A) of the Clerk's Office Procedural Handbook, it is **ORDERED** that Plaintiff's Motion for Default Judgment (Docket Entry # 4) is **DENIED** without prejudice to raising it again once default has been entered.

_____
ANITA B. BRODY, J.

Copies **FAXED** on _____ to:       Copies **MAILED** on _____ to: