IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STAN ZAGORSKI and ZIG ZAG STUDIOS, | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | 02-CV-2822 |
| | : | |
| MONTE' CIGAR COMPANY and | : | |
| ALLGLOBE RESOURCES, INC., | : | |
| Defendants. | : | |

### ORDER

**AND NOW**, this _____ day of August, 2002, it is **ORDERED** that Plaintiff's Motion for Special Appointment to Serve Process (Docket Entry # 2) is **GRANTED**.

                                                                                       _____
                                                                                       ANITA B. BRODY, J.

Copies **FAXED** on _____ to:          Copies **MAILED** on _____ to: